# IN THE UNITED STATES DISTRICT COURT
# FOR THE FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| LYNN HENDERSON, KRISTINA KULON, B. DAVID MORBY, JASON ROBINSON, KEVIN MORRIS, and JOHN LEET, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR CORPORATION,<br><br>      Defendants. | No. 2:09-cv-04146-CCC-JAD |

## PLAINTIFFS' UNOPPOSED MOTION AND
## NOTICE OF MOTION FOR FINAL APPROVAL

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 11:00 a.m. on October 4, 2012, Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking final approval of the class action settlement.

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Stipulation of Class Action Settlement, Declarations, and other related materials in support of this motion.

**PLEASE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: September 10, 2012	Respectfully submitted,

By:	*//s// Joseph G. Sauder*
Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: JGS@chimicles.com
MDS@chimicles.com
BFJ@chimicles.com

Bruce D. Greenberg
Lite DePalma Greenberg, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Email: bgreenberg@ldgrlaw.com

James C. Shah
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, NJ  08107-1909
Telephone:  (856) 858-1770
Facsimile: (856) 858-7012
Email: jshah@sfmslaw.com

*Attorneys for Plaintiffs
 and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Joseph G. Sauder, hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL** supporting memorandum of law, proposed order, and related exhibits thereto were electronically filed on this 10th day of September 2012 using the Court's CM/ECF system, thereby causing them to be served upon all attorneys of record in this case.

*/s/ Joseph G. Sauder*
Joseph G. Sauder