# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-2210

Harry Moses, et al v. Volvo Cars North America, et al

2-09-cv-04146

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  5/30/2013

**A True Copy**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc:  Bruce D. GreenbergEsq.
Benjamin F. JohnsEsq.
Mark S. KundlaEsq.
Daniel C. LevinEsq.
Harry Moses
J. Darrell PalmerEsq.
Joseph G. SauderEsq.
Matthew D. SchelkopfEsq.
James C. ShahEsq.